IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANGELA WILLINGHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 118-027 |
| | ) | (Formerly CR 113-010) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at the Federal Correctional Complex Camp, F-1 in Coleman, Florida, has filed with this Court a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence. On May 11, 2018, Petitioner filed a "Supplemental Request to Her Motion," requesting a reduction of her sentence under Rule 35(b) based on her post-conviction rehabilitation. (Doc. no. 9.) Petitioner's request is not tied to her substantive claims in this post-conviction proceeding and is more properly characterized as a motion to modify her sentence in her underlying criminal case. Accordingly, the Court **DIRECTS** the **CLERK** to **RE-DOCKET** the motion in Petitioner's underlying criminal case only as a Motion for Reduction of Sentence.

SO ORDERED this 16th day of May, 2018, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA