```
IN THE UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISTRICT OF GEORGIA
                AUGUSTA DIVISION
```

| | |
|---|---|
| ANGELA WILLINGHAM, | * |
| Petitioner, | * |
| v. | *   CV 118-027 |
|  | *   (Formerly CR 113-010) |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

**O R D E R**

Before the Court is Petitioner's Motion for Order of D[e]signation of Record on Appeal. (Doc. 26.) Petitioner asks that the Clerk provide the Eleventh Circuit Court of Appeals with a number of documents from the record. Petitioner noticed the appeal on October 19, 2018. (Notice of Appeal, Doc. 23.) On the same day, the Clerk docketed the Certificate of Readiness declaring that "[t]he entire record on appeal is available electronically." (Docket, Oct. 19, 2018.) Therefore, the first three requests contained in Petitioner's motion have been satisfied.

Finally, Petitioner requests "[a]ll pleadings related to all [sic] the 28 U.S.C. section 2255 Motion to Vacate, Set Aside, or Correct Sentence and the entire file in the Clerk's [O]ffice related to this case." (Mot. for Order of Designation of R. on Appeal, Doc. 26, at 1.) The case numbers on Petitioner's motion

are CV 118-027, CV 115-092, and CR 113-092. CR 113-092 is an incorrect case number, and the Court presumes Petitioner intended to reference CR 113-010. To the extent Petitioner requests the records in CV 118-027 and CR 113-010 be made available to the Eleventh Circuit Court of Appeals, as noted above, that request has been satisfied. To the extent Petitioner requests the same for CV 115-092, that case was not noticed for appeal and is not classified as a related case. Consequently, there is no appeal of CV 115-092 requiring a record.

Based on the foregoing, Petitioner neglects to assert an issue requiring the Court's action. Accordingly, Petitioner's Motion for Order of D[e]signation of Record on Appeal (Doc. 26) is **DENIED AS MOOT.**[1]

**ORDER ENTERED** at Augusta, Georgia, this 28th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner filed identical motions in cases CR 113-010 (Doc. 620) and CV 115-092 (Doc. 22). For the reasons set forth herein, those motions are also **DENIED AS MOOT.**

2