AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

U.S. DISTRICT COURT AUGUSTA DIV. 24 FEB 21 AM 10: 36 CLERK M. arms SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

United States of America
v.
Angela Willingham

Case No: 1:13CR00010-1

USM No: 09415-021

Date of Original Judgment: June 18, 2014
Date of Previous Amended Judgment: March 7, 2016
*(Use Date of Last Amended Judgment if Any)*

Peter D. Johnson
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____170 months *____ **is reduced to** ____time served____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*This term consists of terms of 94 months as to each of Counts 1 and 93, to be served concurrently with each other but consecutively to the 28-month term to be imposed as to Count 98, and consecutively to the mandatory 24-month terms required as to each of Counts 122 and 127.

Except as otherwise provided, all provisions of the judgment dated ____March 7, 2016____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/21/2024

Judge's signature

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
*Printed name and title*

Effective Date: _____
*(if different from order date)*